**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-7232**

—————

MARVIN BEEACHIE GARNER,

Petitioner - Appellant,

versus

THE STATE OF MARYLAND,

Respondent - Appellee.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
01-517-CCB)

—————

Submitted:  December 12, 2001      Decided:  December 20, 2001

—————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Marvin Beeachie Garner, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Celia Anderson Davis, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Beeachie Garner seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2241 (West 1994 & Supp. 2001), construed by the district court as being filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Garner v. Maryland, No. CA-01-517-CCB (D. Md. July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2